Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of NEBRASKA

_____ Division

|  |  |
|---|---|
| KYE MOSS #2086499 | Case No. 8:25CV380 |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | |
| -v- | |
| 1) DOUGLAS COUNTY CORRECTIONS 2) DIRECTOR MICHAEL MYERS 3) DEPUTY DIRECTOR AMBER REDMOND 4) CAPTAIN PATRICK WEST JR. | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

#### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**RECEIVED**

JUN 0 5 2025

CLERK
U.S. DISTRICT COURT



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    Kyte Moss

All other names by which
you have been known:

ID Number                               2086499

Current Institution                     Douglas County Corrections

Address                                 710 South 17TH Street

                                        OMAHA            NE        68102
                                        *City*           *State*   *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    Douglas County Corrections

Job or Title *(if known)*

Shield Number

Employer                                Douglas County Corrections

Address                                 710 South 17TH Street

                                        OMAHA            NE        68102
                                        *City*           *State*   *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                                    MICHAEL Myers

Job or Title *(if known)*               Director

Shield Number

Employer                                Douglas County Corrections

Address                                 710 South 17TH Street

                                        OMAHA            NE        68102
                                        *City*           *State*   *Zip Code*

☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name           AMBER REDMOND

    Job or Title *(if known)*    DEPUTY DIRECTOR

    Shield Number

    Employer       DOUGLAS COUNTY CORRECTIONS

    Address        710 South 17TH STREET

                   OMAHA     NE     68102

                     *City*       *State*      *Zip Code*

    ☒ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name           PATRICK WEST JR.

    Job or Title *(if known)*    CAPTAIN OF Security

    Shield Number

    Employer       DOUGLAS COUNTY CORRECTIONS

    Address        710 South 17TH STREET

                   OMAHA     NE     68102

                     *City*       *State*      *Zip Code*

    ☒ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

      ☐   Federal officials (a *Bivens* claim)

      ☒   State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Due process, Rights guaranteed By the Constitution Has Been Violated Since January 3rd, 2025. This is the day I WAS segregated From population ~~Now~~ While Forced To Fight a Capital charge In confinement Without A Formal Hearing, A sentence ENDING Day In confinement, or even A Disciplinary Infraction.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See ATTACHMENT section) II: D

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

ON JANUARY 3RD 2025, I WAS PLACED IN CONFINEMENT FOR SECURITY CONCERNS. I WAS TOLD CAPTAIN WEST MADE THE CALL. NO NOTICE NO HEARING, OR OPPORTUNITY TO RESPOND WAS GIVEN TO ME. WEEK AFTER WEEK CAPTAIN WEST JR., DEPUTY DIRECTOR AMBER REDMOND, AND DIRECTOR MYERS RECEIVE UPDATES ON THE CONFINED INDIVIDUALS AND DETERMINE THERE STATUS. I HAVE BEEN DENIED TO BE RELEASED BEING DEPRIVED OF MY LIBERTY INTEREST.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

JANUARY 3RD, 2025          1600 HOURS APRX.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ON JANUARY 3, 2025 @ APPRX. 1600 HOURS. I WAS REMOVED FROM MY CELL, STRIPED SEARCHED, AND PLACED IN THE GYM AREA WHILE MY CELL WAS SEARCHED. THIS LASTED SEVERAL HOURS. AROUND 2000 HOURS I WAS BROUGHT BACK TO MY CELL AND TOLD BY A SEARGENT TO PACK MY BELONGINGS THAT I WAS GOING TO SEGREGATION ~~PENDING ADMINISTRATIVE SEGREGATION PER WATCH~~ COMMANDER. I WASNT GIVEN AN EXPLANATION NOR INTERVIEWED NO DISCIPLINARY REPORTS, (SEE ATTACHMENT) (IV: D)

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE ENDURED PSYCHOLOGICAL PAIN AND SUFFERING SUCH AS DEPRESSION AND ANXIETY. I STRESS ABOUT MY CRIMINAL PROCEEDINGS AND ALSO IF ILL EVER BE RELEASED OUT EAT. I HAVE LOSS TREMENDOUS WEIGHT OF OVER 35 POUNDS SINCE ENTERING THE JAIL UNTIL NOW AND HAVE SERIOUS SHOLDER ISSUES FROM LAYING ON MY SIDES. I RECEIVED TYLTNOL FOR MY SHOLDER PAINS AND VISITS BY MENTAL HEALTH.

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Relief #1: TO BE IMMEDITELY RELEASED FROM CONFINEMENT INTO A NORMAL ATMOSPHERE. GENERAL POPULATION. I POSE NO RISK TO THE FACILITY AND HAVE BEEN LONG-TERM ISOLATED IN CONFINEMENT.

#2: INJUNCTION RELIEF, TO HAVE PROCEDURES ADDRESSING WHEN HOUSING LONG TERM DETAINEES WITH OR WITHOUT DISCIPLINARY INFRACTIONS. WHICH GIVES DETAINEES HOPE OF BEING HEARD THROUGH HEARINGS AND HOPE TO BE RELEASE OUT OF SOLITARY CONFINEMENT.

#3: TWENTY-FIVE THOUSAND DOLLARS FOR THE PAIN AND SUFFERING. THE LACK OF HUMAN DIGNITY EXPERIENCED. THE TIME ISOLATED WAS EXCESSIVE AND UNWARRATED. SHOLDER PAIN THAT HAS OVER-TAKEN ME. COURT FEE'S!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

DOUGLAS COUNTY CORRECTIONS

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
      concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

      1.    Where did you file the grievance?

SHIFT SERGEANT, CLASSIFICATIONS, JAIL INTELLIGENCE

      2.    What did you claim in your grievance?

I CLAIMED MY DUE PROCESS RIGHTS WERE BEING
VIOLATED. I WAS BEING SUBJECT TO CRUEL AND
UNUSUAL PUNISHMENTS. I REQUESTED TO BE INFORMED
ON MY PLACEMENT, TO ATTEND A HEARING, TO BE
RELEASED FROM CONFINEMENT.

      3.    What was the result, if any?

I WAS TOLD I WAS A SECURITY THREAT. I WAS
TOLD I WOULD NOT BE LEAVING CONFINEMENT!

      4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
            not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I GRIEVED UNTIL THE SERGEANTS MARKED MY COMPLAINT
AS NOT A GRIEVANCE. I GRIEVED AS FAR AS POSSIBLE,
WHICH USUALLY WAS BLOCKED BY THE DEPARTMENT TO
CONTINUE FURTHER AFTER THE FIRST GRIEVANCE.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

     1.    If there are any reasons why you did not file a grievance, state them here:

     2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I'VE WROTE THE STATE OMBUDSMAN. MY LAWYERS CONTACTED CERTAIN RANKINGS. THEY NEVER RECEIVED CALL BACKS OR EMAIL RESPONSES

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
   Plaintiff(s)  \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_
   Defendant(s)  \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

2.    Court *(if federal court, name the district; if state court, name the county and State)*

   \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

3.    Docket or index number

   \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

4.    Name of Judge assigned to your case

   \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

5.    Approximate date of filing lawsuit

   \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

6.    Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition  \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-23-25

| | |
|---|---|
| Signature of Plaintiff | *KMoss* |
| Printed Name of Plaintiff | Kyt Moss |
| Prison Identification # | 2086499 |
| Prison Address | Douglas County Corrections  710 S. 17TH's |
| | Omaha                          NE        68102 |
| | *City*                    *State*    *Zip Code* |

### B.    For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*            *State*        *Zip Code* |
| Telephone Number | |
| E-mail Address | |

UNITED STATES DISTRICT COURT

ATTACHMENTS

(II.) BASIS FOR JURISDICTION

    D. CONTINUE FROM PAGE FOUR...

    While held as a Pre-trial Detainee in Douglas County Corrections, Officers were ordered to search my cell and place me in Solitary Confinement per Captain Patrick West Jr. No notice or opportunity to be heard by an impartial tribunal before suffering a burden under law. Not even an explanation was given to me for my transfer out of General Population into Confinement. ~~WAS~~ Not once have I received a hearing on any infraction I abused that warrants long-term confinement. I have been deprived of my Fourteenth Amendment guaranty that I will not suffer a burden by unfair procedures under law. Captain Patrick West Jr. has deprived me of Liberty Interest and my Property interest while violating the Constitution of Procedural Due Process for every individual.

    Deputy Director Amber Redmond, is Captain Patrick West Jr.'s superior. Who oversees his duties and also the operations and procedures of Douglas County Corrections Facility. She has failed her duties to protect my Liberty interest I am guaranteed by the Fourteenth Amendment Due Process Clause. She received weekly updates on the confined detainees housed in segregation. She has failed to allow me a hearing or notice or chance to be heard.

Director Michael Myers oversees Captain West Jr. and also Deputy Director Redmond in which he receive weekly status updates and has the final approval or denial of operations. It has been relayed by officers who attends this MDT meeting, that Director Michael Myers is the sole person denying my release from confinement. He has awarded me with a hearing, notice, or opportunity to be heard either. He has deprived me of my Procedural Due Process.

(IV.)    Statement of claim:

        D) Continue from page 5

... No disciplinary reports followed in the following days or was I allowed to attend any hearings. As I write this civil rights complaint, the day is May 23rd, 2025 and still I have yet to be told what I've done, attended any hearings in regards to my placements or even when I'll be released from confinement. My privileges has been taken and im only allowed one hour out a day. I have completed the recommended programing to be returned back to general population. I have not been violent not once while awaiting trial. I've seen everyone (inmates) complete the program such as myself and have been released back to general population. The jail is treating me in a way that is much worse then is normal for prisoners/detainees. I should have received more procedure than I got for my circumstances.

Kye Moss #2086499
Douglas County
Department of Corrections
710 South 17th Street
Omaha, Nebraska 68102



U.S. District Court
District of Nebraska

111 South 18th Plaza Suite #1152
Omaha, Nebraska 68102



THIS MAIL WAS SENT
FROM THE
DOUGLAS COUNTY
CORRECTIONAL CENTER

RECEIVED
JUN 0 5 2025
CLERK
U.S. DISTRICT COURT

