IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KYE MOSS,

Plaintiff,

vs.

MICHAEL MYERS, Director; PATRICK WESTJR., Captain; SHEATON, Lt.; J. KOHLBEK, Lt.; T. SWIRCEK, Lt.; SULLIVAN, Sgt.; A. BENES, Sgt.; E. PENNELL, Lt.; M. BEVINS, Food Director; DAVENPORT, Lt.; TORRES, Lt.; D. MARTINEZ-HAKES, APRN; and N. ANDERSON, LPN;

Defendants.

8:25CV380

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for extension, Filing No. 13, and for case management.  In his motion filed on April 22, 2026, Plaintiff requests a two-week extension to file his amended complaint because he will be transferring to a new prison soon and wishes to mail his amended complaint from his new address.  Before the Court ruled on his motion, however, Plaintiff filed his Amended Complaint on August 24, 2026.  Filing No. 14.  Accordingly, Plaintiff's motion for extension is denied as moot.

Plaintiff's Amended Complaint lists his address as the Douglas County Department of Corrections ("DCDC") in Omaha, Nebraska.  Filing No. 14 at 2. However, according to the DCDC's online inmate records, Plaintiff is no longer confined at the institution.  *See* https://corrections.dccorr.com/inmate-locator (last visited April 27, 2026). Rather, it appears Plaintiff has been transferred as indicated in his motion and is now in the custody of the Nebraska Department of Correctional Services.  *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited April 27, 2026).

Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's motion for extension, Filing No. 13, is denied as moot.

2.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

3.    The Clerk of the Court is directed to send a copy of this order to Plaintiff at the address the Court has on file and to the following address: Kye Moss, #222108, Reception and Treatment Center, P.O. Box 22800, Lincoln, NE 68542-2800.

4.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 27, 2026**: check for address.

Dated this 27th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2